KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-267 SI |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION (1) EXCLUDING TIME FROM JUNE 9, 2006 TO JULY 7, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| JOE MILAM CATHEY, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Susan Illston on June 9, 2006.

    With the agreement of counsel for both parties, the Court found and held as follows:

    1. The parties agree to an exclusion of time under the Speedy Trial Act from June 9, 2006 to July 7, 2006, in light of the need for the defendant's counsel to review recently-produced discovery. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the need for new counsel to review the discovery with the defendant, and would deny both the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding

STIP & [PROP.] ORDER
06-327 SI

the period from June 9, 2006, to July 7, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court ordered that the period from June 9, 2006 to July 7, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

5. The Court schedules a status hearing on July 7, 2006.

IT IS SO STIPULATED.

DATED: June 15, 2006

    /S/
TRACIE L. BROWN
Assistant United States Attorney

DATED: June 20, 2006

    /S/
STEVEN KALAR
Attorney for Joe Milam Cathey

IT IS SO ORDERED.

DATED:_____

THE HON. SUSAN ILLSTON
United States District Judge

STIP & [PROP.] ORDER
06-327 SI      2