1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                         UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,         )    No. CR 06-267 SI
                                      )
14        Plaintiff,                  )    [PROPOSED] ORDER AND STIPULATION
                                      )    (1) EXCLUDING TIME FROM JULY 7,
15     v.                             )    2006 TO AUGUST 4, 2006 FROM THE
                                      )    SPEEDY TRIAL ACT CALCULATION
16  JOE MILAM CATHEY,                 )    (18 U.S.C. § 3161(h)(8)(A))
                                      )
17        Defendant.                  )
                                      )

18

19     The parties appeared before the Honorable Susan Illston on July 7, 2006.

20     With the agreement of counsel for both parties, the Court found and held as follows:

21     1. The parties agree to an exclusion of time under the Speedy Trial Act from July 7, 2006 to

22  August 4, 2006, in light of the need for the defendant's counsel to review recently-produced

23  discovery with his client and discuss an appropriate disposition with the government. Failure to

24  grant the requested continuance would unreasonably deny defense counsel reasonable time

25  necessary for effective preparation, taking into account the exercise of due diligence and the need

26  for new counsel to review the discovery with the defendant, and would deny the defendant

27  continuity of counsel.

28

STIP & [PROP.] ORDER
CR 06-327 SI

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 7, 2006 to August 4, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from July 7, 2006 to August 4, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: August 9, 2006

/S/
TRACIE L. BROWN
Assistant United States Attorney

DATED: August 9, 2006

/S/
STEVEN KALAR
Attorney for Joe Milam Cathey

IT IS SO ORDERED.

DATED:_____

THE HON. SUSAN ILLSTON
United States District Judge

STIP & [PROP.] ORDER
CR 06-327 SI                                2