| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 184339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6917 |
| 7 | Facsimile: (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

9    UNITED STATES DISTRICT COURT

10   NORTHERN DISTRICT OF CALIFORNIA

11   SAN FRANCISCO DIVISION

12

| | | |
|---|---|---|
| 13 | UNITED STATES OF AMERICA, ) | No. CR 06-267 SI |
| 14 | Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION<br>(1) EXCLUDING TIME FROM |
| 15 | v. ) | SEPTEMBER 22, 2006 TO NOVEMBER 17,<br>2006 FROM THE SPEEDY TRIAL ACT |
| 16 | JOE MILAM CATHEY, ) | CALCULATION |
| 17 | Defendant. ) | (18 U.S.C. § 3161(h)(8)(A)) |

18

19   The parties appeared before the Honorable Susan Illston on September 22, 2006 and

20   October 20, 2006.

21   With the agreement of counsel for both parties, the Court found and held as follows:

22   1. The parties agreed to an exclusion of time under the Speedy Trial Act from September

23   22, 2006 to November 17, 2006, in light of the need for the advisory counsel to review the case

24   and meet with the Defendant, and for the parties to discuss an appropriate resolution of the case.

25   In addition, the Defendant's counsel will be out of town and unavailable for several Fridays

26   between October 22 and November 17. Thus, failure to grant the requested continuance would

27   unreasonably deny defense counsel reasonable time necessary for effective preparation, and

28

STIP & [PROP.] ORDER
CR 06-327 SI

would deny the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 22, 2006 to November 17, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 22, 2006 to November 17, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: 10/24/06                  /S/
                                     TRACIE L. BROWN
                                     Assistant United States Attorney

DATED: 10/24/06                  /S/
                                     STEVEN KALAR
                                     Attorney for Joe Milam Cathey

IT IS SO ORDERED.

DATED:_____           [signature: Susan Illston]
                                     THE HON. SUSAN ILLSTON
                                     United States District Judge