IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   v.<br><br>JOE CATHEY,<br><br>               Defendant. | No. CR 06-0267 SI<br><br>[PROPOSED] STIPULATED ORDER CONTINUING STATUS APPEARANCE<br><br>**Current Hearing Date:** Friday, November 17, 2006<br><br>**New Hearing Date:** Friday, January 5, 2007 |

     The parties have jointly requested that this matter be continued from November 17, 2006 until January 5, 2007 for status or change of plea.

     For good cause shown that request is granted: the matter shall be added to the Court's calendar for Friday, January 5, 2007 at 11:00 a.m. for status or change of plea. Based upon the representations of AFPD Steven Kalar, time shall be excluded under the Speedy Trial Act until January 5, 2007 to

//
//
//
//
//

*Cathey*, CR 06-0267 SI
ORD. CONT. HEARING

1 permit for continuity of counsel and for the effective preparation of defense counsel.

3     IT IS SO ORDERED.

_____
DATED                         SUSAN ILLSTON
                               United States District Court Judge

IT IS SO STIPULATED.

____11/16/06_____       _____/s/_____
DATED                         KEVIN V. RYAN
                               United States Attorney
                               Northern District of California
                               TRACIE BROWN
                               Assistant United States Attorney

____11/16/06_____       _____/s/_____
DATED                         BARRY J. PORTMAN
                               Federal Public Defender
                               Northern District of California
                               STEVEN G. KALAR
                               Assistant Federal Public Defender