1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,            )
10                      Plaintiff,      )  No.  CR 06-0267 SI
                                        )
11        v.                            )  [PROPOSED] STIPULATED ORDER
                                        )  MODIFYING CONDITIONS OF
12  JOSEPH CATHEY,                      )  PRETRIAL RELEASE
                                        )
13                      Defendant.      )
                                        )
14  _____

15

16   The defendant in the above-entitled case is on pretrial release, with permission to travel in the

17  Eastern and Northern Districts of California. He has moved this Court to permit him to travel with

18  his mother to visit family in Oklahoma over the holidays. Assistant United States Attorney Tracie

19  Brown and Pretrial Services Officer Steve Sheehan have no objection to this proposed travel.

20   Therefore, Mr. Cathey's conditions of pretrial release are modified to permit him to leave the

21  Eastern District of California on December 17, 2006 and return to the Eastern District of California

22  on January 5, 2007. He shall be permitted to travel to and within the state of Oklahoma between

23  //

24  //

25  //

26

*Cathey*, CR 06-0627 SI
ORD. MODIFYING CONDITIONS
PRETRIAL RELEASE

these dates. Mr. Cathey shall provide an itinerary of his travel to Pretrial Services.

IT IS SO ORDERED.

December 4, 2006
DATED

*[Signature: Elizabeth D. Laporte]*
IT IS SO ORDERED
Judge Elizabeth D. Laporte
United States District Court Judge

IT IS SO STIPULATED.

___12/04/06_____         ___/s_____
DATED                          KEVIN V. RYAN
                               United States Attorney
                               Northern District of California
                               TRACIE BROWN
                               Assistant United States Attorney


___12/04/06_____         ___/s_____
DATED                          BARRY J. PORTMAN
                               Federal Public Defender
                               Northern District of California
                               STEVEN G. KALAR
                               Assistant Federal Public Defender