SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOE MILAM CATHEY,<br>Defendant. | No. CR 06-267 SI<br><br>[~~PROPOSED~~] ORDER AND STIPULATION AMENDING PRETRIAL RELEASE CONDITIONS TO INCLUDE DRUG TESTING<br>(18 U.S.C. § 3161(h)(8)(A)) |

Counsel for the government and the Defendant hereby stipulate as follows:

The Order Setting Conditions of Release and Appearance Bond, signed by the Hon. Elizabeth D. Laporte on May 19, 2006, shall be amended to require participation in a drug testing and treatment program at the direction of the Defendant's Pretrial Services Officer.

IT IS SO STIPULATED.

DATED: ______________________

/S/
TRACIE L. BROWN
Assistant United States Attorney

DATED: ____________________

/S/
STEVEN KALAR
Attorney for Joe Milam Cathey

IT IS SO ORDERED.

DATED: October 18, 2007

H D. LAPORTE
Judge

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte
NORTHERN DISTRICT OF CALIFORNIA